BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 3174 – In Re Air crash at Muan International Airport, South Korea on December 29, 2024

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Lee Myung Ja, as Special Administrator of the Estate of Park Jong Dal, deceased <br><br> **Defendant:** The Boeing Co., a corporation | N.D. Illinois, Eastern Division | 1:25-cv-10509 | Steven C. Seeger |
| **Plaintiff:** Kim Da Hye, as Special Administrator of the Estate of Kim Young Jun, deceased <br><br> **Defendant:** The Boeing Co., a corporation | N.D. Illinois, Eastern Division | 1:25-cv-10512 | Steven C. Seeger |
| **Plaintiff:** Kang Seung Yang, as Special Administrator of the Estate of Lee Yun Chae, deceased <br><br> **Defendant:** The Boeing Co., a corporation | N.D. Illinois, Eastern Division | 1:25-cv-10513 | Steven C. Seeger |
| **Plaintiffs:** Park, Soo-yong as Personal Representative of the Estate of Decedent Ko, Tae-yeun and individually; and as next of friend of his minor child P.S.E., | W.D. Washington, Seattle Division | 2:25-cv-02204 | Robert S. Lasnik |

- 2 -

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Kim, Dae-kyu as Personal Representative of the Estate of Decedent Jung, Hee-jin and individually; and as next friend of his minor child K.Y.K.; Jung, Sun-sik individually; and Oh, Young-min individually, | | | |
| Yoo, Jeong-im as Personal Representative of the Estate of Decedent Yeo, Chae-young and individually; and Yeo, Hyeung-ku individually, | | | |
| Kim, Noh-young as Personal Representative of the Estate of Decedent Kim, Se-hyun; Yoo, Jeong-im individually; Yeo, Hyeung-ku individually; Kim, Joung-nam individually; and Choi, Hyoun-sook individually, | | | |
| Yoo, Jeong-im as Personal Representative of the Estate of Decedent Kim, Da-som and individually; Yeo, Hyeung-ku individually; Kim, Jeong-nam individually; Choi, Hyoun-sook individually, | | | |
| Kim, Noh-young as Personal Representative of the Estate of Decedent Kim, Seul-kee; Kim, Jeong-nam individually; and Choi, Hyoun-sook individually, | | | |
| Lee, Mi-jeong as Personal Representative of the Estate of Decedent Lee, Jae-hyeok and individually; and Lee, Jeong-geun individually, | | | |
| Lee, Jeong-bok as Personal Representative of the Estate of Decedent Lee, Min-ju and individually; and Jung, Hyeon-kyung individually, | | | |
| Baek, Seong-cheoul as Personal Representative of the Estate of Decedent Kim, Jung-hee and individually, | | | |
| Kim, Dae-hyun as Personal Representative of the Estate of Decedent Kim, Hyun-hee and individually, | | | |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Choi, Wan-tae as Personal Representative of the Estate of Decedent Choi, Seo-hee and individually; and Hwang, Keum-ran individually,<br><br>Son, Ju-taeg as Personal Representative of the Estate of Decedent Son, Chang-kook and individually; and Lee, Kyoung-im individually,<br><br>Kwon, Min-young as Personal Representative of the Estate of Decedent Kwon, Ju-ha and individually; Kwon, Jae-young individually; and Kwon, Seok-jun individually,<br><br>Kwon, Min-young as Personal Representative of the Estate of Decedent Kim, Suk-yi and individually; Kwon, Jae-young individually; Kim, Gab-ju individually Huh, Deok-soon individually<br><br>**Defendants:**<br><br>The Boeing Company, Inc., a Delaware corporation; and Jane Roes 1-100, inclusive | | | |
| **Plaintiff:**<br><br>Choi Mak Re, Personal Representative of the Estate and Heirs, and as an Heir of Jang Dongkyun, deceased<br><br>**Defendant:**<br><br>The Boeing Co., a corporation | E.D. Virginia, Alexandria Division | 1:25-cv-01876 | Rossie D. Alston, Jr. |
| **Plaintiff:**<br><br>Bae Hyun Jun, Personal Representative of the Estate and Heirs, and as an Heir of, Bae Yungi, deceased, Im Sundeok, deceased, and Bae Munsuk, deceased<br><br>**Defendant:**<br><br>The Boeing Co., a corporation | E.D. Virginia, Alexandria Division | 1:25-cv-01881 | Rossie D. Alston, Jr. |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br><br>Kim Sung Cheol, Personal Representative of the Estates and Heirs, and as an Heir of, Park Hyun Ra, deceased, and Kim Soo Rim, deceased<br><br>**Defendant:**<br><br>The Boeing Co., a corporation | E.D. Virginia, Alexandria Division | 1:25-cv-01883 | Rossie D. Alston, Jr. |